IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, <br> Plaintiff, <br><br> v. <br><br> TROY TANNER, and ALL OCCUPANTS of 3305 Count Drive, Keller, Texas 76244, <br> Defendants. | § § § § § § § § § |

Civil Action No. 3:12-CV-3898-N

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  Accordingly, Plaintiff's motion to remand, filed October 1, 2012 (doc. 5) is **GRANTED**, and the case will be remanded to Tarrant County Court at Law No. 1 by separate judgment.

**SIGNED** this 4th day of January, 2013.

_David C Godbey_
**DAVID C. GODBEY**
UNITED STATES DISTRICT JUDGE